

Opinions of the United
States Court of Appeals
for the Third Circuit

1994 Decisions

8-4-1994

# Acierno v. Cloutier

Precedential or Non-Precedential:

Docket 93-7456

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Acierno v. Cloutier" (1994). *1994 Decisions.* Paper 101.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/101

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NOS. 93-7456 and 93-7617
_____


FRANK E. ACIERNO

v.

PHILIP CLOUTIER; RICHARD CECIL; ROBERT POWELL;
ROBERT WOODS; CHRISTOPHER ROBERTS; PENROSE HOLLINS;
KAREN VENEZKY; NEW CASTLE COUNTY; MICHAEL MITCHELL

> Philip Cloutier, Richard Cecil,
> Robert Powell, Robert Woods,
> Christopher Roberts, Penrose
> Hollins and Karen Venezky,

>> Appellants in No. 93-7456

> Michael T. Mitchell,

>> Appellant in No. 93-7617

_____


Present:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
          GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO,
          ROTH, LEWIS, and McKEE, Circuit Judges.


O R D E R


A majority of the active judges having voted for rehearing in banc in the above appeal, it is  O R D E R E D  as follows:

1.  The Clerk of this Court shall vacate the panel's opinion and judgment dated July 7, 1994.

2.  The court, having voted to take the above matter as a submit, will list this case on August 30, 1994.

3.  The parties may submit a contemporaneously filed brief, if they desire, limited to 25 pages on the issue of whether this court should overrule its decision in <u>Prisco v. United States</u>, 851 F.2d 93 (3d Cir. 1988), <u>cert.</u> <u>denied</u>, 490 U.S. 1089 (1989).  Fourteen copies of such brief should be filed and submitted to the Clerk's Office on or before August 17, 1994.

By the Court,


 /s/ Dolores K. Sloviter
Chief Judge


Dated: August 4, 1994